**THE BOARD OF EDUCATION OF THE TOWN OF STRATFORD ET AL. *v.* ARTHUR C. DRITENBAS, JR., ET AL.**

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Sturges N. Laros,* for the appellees (plaintiffs).

*Anthony P. Copertino,* for the appellants (named defendant et al.).

*Robert M. Davidson,* for the appellants (intervening defendant Hargus et al.).

The motion by the law firm Zeldes, Needle & Cooper to withdraw its appearance for the plaintiffs in the appeal from the Superior Court in Fairfield County is granted.

*Sturges N. Laros,* for the appellees (plaintiffs).

The motion by Edward F. Stodolink to withdraw his appearance for the named defendant et al. in the appeal from the Superior Court in Fairfield County is granted.

*Edward F. Stodolink,* for the appellants (named defendant et al.).

The motion by James M. Kearns to withdraw his appearance for the intervening defendant Hargus et al. in the appeal from the Superior Court in Fairfield County is granted.

*Ralph J. Lockwood,* for the appellants (intervening defendant Hargus et al.).